

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                             CRIMINAL NO. 1:15cr29 HSO-JCG

STEVE MORRIS III,                              21 U.S.C. § 846
PEGGY LAPORTE, and                             21 U.S.C. § 841(a)(1)
BRITTANY SPIKES

**The Grand Jury charges:**

COUNT 1

That beginning at least as early as 2013 and continuing up to the date of this Indictment,

in Hancock County, in the Southern Division of the Southern District of Mississippi, and

elsewhere, the defendants, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY**

**SPIKES,** did knowingly conspire with each other and others both known and unknown to the

Grand Jury, to distribute and dispense controlled substances outside the scope of professional

practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, Alprazolam and

Diazepam, both Schedule IV non-narcotic controlled substances and Carisoprodol, a Schedule

IV non-narcotic controlled substance as prohibited by Section 841(a)(1), Title 21, United States

Code.

All in violation of Section 846, Title 21, United States Code.

1

## COUNT 2

That on or about March 20, 2013, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 3

That on or about March 20, 2013, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Alprazolam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 4

That on or about March 20, 2013, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Carisoprodol, a Schedule IV non-narcotic drug

2

controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 5

That on or about April 17, 2013, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 6

That on or about April 17, 2013, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Alprazolam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 7

That on or about April 17, 2013, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance

outside the scope of professional practice, to wit Carisoprodol, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 8

That on or about June 18, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 9

That on or about June 18, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Diazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 10

That on or about July 16, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown

4

to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 11

That on or about July 16, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Diazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 12

That on or about July 16, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 13

That on or about July 16, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE**

and **BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown
to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance
outside the scope of professional practice, to wit Alprazolam, a Schedule IV non-narcotic drug
controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section
2, Title 18, United States Code.

COUNT 14

That on or about July 16, 2014, in Hancock County, in the Southern Division of the
Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE
and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown
to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance
outside the scope of professional practice, to wit Carisoprodol, a Schedule IV non-narcotic drug
controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section
2, Title 18, United States Code.

COUNT 15

That on or about August 7, 2014, in Hancock County, in the Southern Division of the
Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE
and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown
to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance
outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug
controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section
2, Title 18, United States Code.

6

COUNT 16

That on or about August 7, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Alprazolam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 17

That on or about August 7, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Carisoprodol, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 18

That on or about August 7, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE AND BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug

controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 19

That on or about August 7, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Diazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 20

That on or about August 20, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 21

That on or about August 20, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance

8

outside the scope of professional practice, to wit Alprazolam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 22

That on or about September 10, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 23

That on or about September 10, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Alprazolam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 24

That on or about September 10, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown

9

to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Carisoprodol, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 25

That on or about September 10, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 26

That on or about September 10, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Diazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 27

That on or about September 17, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE**

10

**and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 28

That on or about September 17, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Alprazolam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 29

That on or about October 8, 2014, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

11

COUNT 30

That on or about October 8, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Diazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 31

That on or about October 8, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Carisoprodol, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 32

That on or about October 8, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug

controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 33

That on or about October 8, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Alprazolam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 34

That on or about October 8, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Carisoprodol, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 35

That on or about October 15, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance

outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 36

That on or about October 15, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Alprazolam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 37

That on or about November 5, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 38

That on or about November 5, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown

to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Diazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 39

That on or about November 5, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Carisoprodol, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 40

That on or about November 6, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 41

That on or about November 6, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE**

and **BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Alprazolam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 42

That on or about December 3, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 43

That on or about December 3, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Diazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 44

That on or about December 3, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Carisoprodol, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 45

That on or about December 22, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 46

That on or about December 22, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Diazepam, a Schedule IV non-narcotic drug

controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 47

That on or about December 22, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Carisoprodol, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 48

That on or about December 22, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 49

That on or about December 22, 2014, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance

outside the scope of professional practice, to wit Alprazolam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 50

That on or about January 28, 2015, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 51

That on or about January 28, 2015, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Diazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 52

That on or about January 28, 2015, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown

19

to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Carisoprodol, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 53

That on or about January 28, 2015, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 54

That on or about January 28, 2015, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Alprazolam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 55

That on or about March 11, 2015, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE**

and **BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Oxycodone, a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 56

That on or about March 11, 2015, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Diazepam, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## COUNT 57

That on or about March 11, 2015, in Hancock County, in the Southern Division of the Southern District of Mississippi, the defendant, **STEVE MORRIS III, PEGGY LAPORTE and BRITTANY SPIKES**, aided and abetted by each other and by others known and unknown to the grand jury, knowingly and intentionally distributed and dispensed a controlled substance outside the scope of professional practice, to wit Carisoprodol, a Schedule IV non-narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

Redacted Signature
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 21 day of _____April_____, 2015.

UNITED STATES MAGISTRATE JUDGE

22